| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Robert L Boyce |
| Debtor 2 | Diana J. Boyce |
| United States Bankruptcy Court for the: Middle District of Florida (Ft. Myers) | |
| Case number | 15-02453 |

**Official Form 410S1**

# Notice of Mortgage Payment Change

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of Creditor:** JP Morgan Chase Bank N.A.

**Last 4 digits** of any number you use to identify the debtor's account: 0344

**Court claim no.** (if known):

**Date of payment change:** 12/25/2015
Must be at least 21 days after date of this notice

**New total payment:** $0.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

☑ No

☐ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law.
Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____    New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No

☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law.
If a notice is not attached, explain why:

Current interest rate: _____    New interest rate: _____
Current principal and interest payment: _____    New principal and interest payment: _____

147927-acd7ef4a-226c-4718-af5b-d2c692806594-

# Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☐ No

☒ Yes   Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: See Attached Reason for Change Disclosure

Current mortgage payment: $31.67    New mortgage payment: $0.00

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box:
☒   I am the creditor.
☐   I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Shatonya Jimmerson     Date 12/03/2015
Vice President

Print: Shatonya Jimmerson     Title: Vice President

Company: JPMorgan Chase Bank, N.A.
Address: Chase Records Center  Attn: Correspondence Mail
Mail Code LA4-5555  700 Kansas Lane
Monroe, LA 71203

Specific Contact Information:
Phone: 866-243-5851
Email: shatonya.r.jimmerson@jpmchase.com

147927-acd7ef4a-226c-4718-af5b-d2c692806594-

Reason for Change Disclosure:

The "Notice of Mortgage Payment Change" that accompanies this disclosure reflects a change in interest rate, and a change in payment, on the debtor's home equity line of credit account ("HELOC") held by Chase. Specifically, Chase has voluntarily reduced the debtor's interest rate on the HELOC to 0.00% and reduced the debtor's interest payment to $0.00. While this reduction remains in effect, Chase will waive the interest the debtor would otherwise be obligated to pay under the terms of the HELOC. This means that Chase will not require the debtor to pay the difference between the rate due under the HELOC and the reduced 0.00% interest rate during the term of the bankruptcy proceeding. This reduced rate will remain in effect until the earlier to occur of the following: (a) the debtor's bankruptcy proceeding is dismissed, (b) the debtor successfully completes his or her Chapter 13 plan and is discharged by the Bankruptcy Court, (c) the debtor's discharge, if the debtor's bankruptcy proceeding is converted to a Chapter 7. Upon the occurrence of any of these events, the debtor's interest rate and related payment will revert back to the higher rate and the payment determined in accordance with the HELOC agreement. If during the term of the bankruptcy proceeding, the HELOC agreement requires the debtor to begin making principal payments, Chase will expect the debtor to make principal payments in accordance with the terms of the HELOC agreement.

This change does not constitute a permanent modification of the payment obligations under the terms of the HELOC agreement, mortgage, or other loan documents.

**To the extent your original obligation was discharged, or is subject to an automatic stay of bankruptcy under Title 11 of the United States Code, this notice is for compliance and/or informational purposes only and does not constitute an attempt to collect a debt or to impose personal liability for such obligation.**

## UNITED STATES BANKRUPTCY COURT

Middle District of Florida (Ft. Myers)

Chapter 13 No. 15-02453

In re:  
Judge: Caryl E. Delano

Robert L Boyce and Diana J. Boyce

Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on December 04, 2015, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage prepaid, or via filing with the US Bankruptcy Court's CM ECF system.

By U.S. Postal Service First Class Mail Postage Prepaid:

| | |
|---|---|
| Debtor: | Robert L Boyce<br>Diana J. Boyce<br>7382 Golf Villa Drive<br>Fort Myers, FL 33967 |
| Debtor's Attorney: | Richard J. Hollander<br>Miller & Hollander<br>2430 Shadowlawn Drive, Ste. 18<br>Naples, FL 34112 |
| Trustee: | Jon Waage<br>P O Box 25001<br>Bradenton, FL 34206-5001 |

/s/ Shatonya Jimmerson

Vice President

147927-acd7ef4a-226c-4718-af5b-d2c692806594-